# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. LAURA DILDINE, | ) ) ) |
| Plaintiff, | ) ) Civil Action No. |
| v. | ) ) 1:13-cv-03336-LMM |
| AARTI D. PANDYA, M.D., a/k/a ARATI D. PANDYA, M.D., and AARTI D. PANDYA, M.D., P.C., | ) ) ) ) |
| Defendant(s). | ) ) |

## JOINT STIPULATION OF DISMISSAL

Plaintiff United States of America, Defendants Aarti D. Pandya, M.D., a/k/a Arati D. Pandya, M.D., and Aarti D. Pandya, M.D., P.C. (collectively "Defendants"), and Relator Laura Dildine respectfully file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a) and agree to the following in the above-captioned case:

1. The United States, Relator Laura Dildine, and Defendants have executed a written settlement agreement ("Settlement Agreement"). This Stipulation of Dismissal is consistent with, subject to, and incorporates the terms of the Settlement Agreement.

1

2. The United States and Relator agree that the amount and terms of the Settlement Agreement are fair, adequate, and reasonable under all the circumstances pursuant to 31 U.S.C. § 3730(c)(2)(B).

3. The United States dismisses with prejudice the claims asserted in the action against Defendants that are based on the Covered Conduct as defined in Recitals, Paragraph D of the Settlement Agreement, which specifically provides as follows:

> The United States contends that it has certain civil claims against Dr. Pandya and the Pandya Practice Group arising from submitting and causing the submission of false claims to Medicare during the period from January 1, 2011 through December 31, 2016. Specifically, Dr. Pandya and the Pandya Practice Group submitted and caused the submission of false claims to Medicare for cataract surgeries (CPT 66982 and 66984), YAG laser capsulotomies (CPT 66821), and Evaluation and Management Services that were not medically necessary, were not provided as claimed, were not supported by patient medical records, and lacked required medical documentation. Additionally, Dr. Pandya and the Pandya Practice Group submitted and caused the submission of false claims to Medicare for visual field tests (CPT 92083), Fundus photography (CPT 92250), nerve fiber layer imaging (CPT 92143), optical coherence tomography of the macula (CPT 92144), and gonioscopies (CPT 92020) that were not medically necessary, not provided as claimed, or not rendered.

Relator consents to the dismissal with prejudice of those claims.

4. The United States dismisses without prejudice, and Relator dismisses with prejudice, the claims asserted in this action against Defendants that are not included in the Covered Conduct, as that term is defined in the Settlement Agreement.

5. Relator voluntarily dismisses with prejudice her claims against Defendants regarding attorney's fees costs and expenses under 31 U.S.C. § 3730(d) and/or for discrimination and wrongful termination claims under subsection 3730(h).

Respectfully submitted, this 3rd day of February, 2023.

| | |
|---|---|
| RYAN K. BUCHANAN<br>UNITED STATES ATTORNEY | *s/Lauren A. Warner*<br>Lauren A. Warner<br>Georgia Bar No. 425769<br>lwarner@cglawfirm.com |
| *s/Austin M. Hall*<br>Austin M. Hall<br>*Assistant United States Attorney*<br>Georgia Bar No. 310751<br>Austin.hall@usdoj.gov | Scott R. Grubman<br>Georgia Bar No. 317011<br>sgrubman@cglawfirm.com |
| Akash Desai<br>*Assistant United States Attorney*<br>Georgia Bar No. 338124<br>Akash.desai@usdoj.gov | Christian P. Dennis<br>Georgia Bar No. 976485<br>cdennis@cglawfirm.com<br><br>Chilivis Grubman<br>1834 Independence Square<br>Atlanta, Georgia 30338<br>(404) 233-4171 (main)<br>(404) 262-6506 (direct)<br>(404) 261-2842 (fax) |
| David A. O'Neal<br>*Assistant United States Attorney*<br>Georgia Bar No. 342071<br>David.oneal@usdoj.gov | |
| 600 U.S. Courthouse<br>75 Ted Turner Drive, S.W.<br>Atlanta, GA 30303<br>Ph: (404) 581-6000<br>Fx: (404) 581-6181 | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | s/James D. Young<br>James D. Young<br>Florida Bar No. 567507<br>jyoung@forthepeople.com<br>MORGAN & MORGAN |

COMPLEX LITIGATION GROUP
201 One Tampa City Center, 7th Floor
Tampa, Florida  33602
(813) 318-5169 (Telephone)
(813) 222-4793 (Facsimile)

*Attorney for Relator Laura Dildine*